

FILED
AUG 15 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
JULY 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** BRIAN GAUGHAN, KEVIN GAUGHAN, MELISSA KELLY AS PARENT OF NICHOLE SURBER, PAUL BEISNER AS PARENT OF STEVEN BEISNER, PENNY OSBURN AS PARENT OF CASSANDRA CRAFT and TAMARA MCMACKIN AS PARENT OF ZACHARY MCMACKIN

**Defendant(s):** OFFICER SCOTT CRAWFORD, POLICE CHIEF LARRY MASON OFFICER KELLY GIVEN, and THE CITY OF MARENGO

08 C 50150

County of Residence: McHenry

County of Residence: Lake

Plaintiff's Atty: Kevin E. O'Reilly
Law Offices of Kevin E. O'Reilly
70 W. Madison Street, Suite 2100, Chicago, Illinois 60602
312-726-4510

Defendant's Atty: Unknown

JUDGE GRADY

05C 4664

MAGISTRATE JUDGE COLE

II. Basis of Jurisdiction: 3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)
   Plaintiff:- N/A
   Defendant:- N/A

IV. Origin : 1. Original Proceeding

V. Nature of Suit: 440 Other Civil Rights

VI. Cause of Action: 42 USC 1983 excessive force, False Arrest, Malicious Prosecution and other state law claims.

VII. Requested in Complaint
   Class Action: No
   Dollar Demand: 9,000,000.00
   Jury Demand: Yes

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Date 8-15-05

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm

8/15/2005